ROBAINA & KRESIN PLLC
5343 N. 16th Street, Suite 200
Phoenix, Arizona 85016
Telephone: (602) 682-6450
Facsimile:  (602) 682-6455
dck@robainalaw.com
David C. Kresin (019858)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Ryan Warren,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>John Butler and Melody Butler, husband and wife; Scottsdale Treatment, Inc., an Arizona corporation;<br><br>　　　　　Defendants. | No. 2:16-CV-0437-JWS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Thomas Ryan Warren hereby voluntarily dismisses the above-captioned action with prejudice.

DATED this 22nd day of June, 2016.

　　　　　　　　　　　　　　　　　ROBAINA & KRESIN PLLC

　　　　　　　　　　　　　　　　　By/s/David C. Kresin
　　　　　　　　　　　　　　　　　　David C. Kresin
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June 2016, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Loren Molever<br>
MOLEVER CONELLY PLLC<br>
Indian Bend Corporate Centre<br>
8161 E. Indian Bend Road, Suite 103<br>
Scottsdale, Arizona 85250<br>
LM@arizonalegal.com<br>
Attorneys for Defendant

By /s/David C. Kresin